**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al<br>　　　　　Debtors. | CASE NO. 19-11466 (MFW)<br>CHAPTER 11<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, et al<br>　　　　　Plaintiff,<br>vs.<br><br>Physician and Tactical Healthcare Services, LLC,<br>　　　　　Defendant. | Adv. Proc. No. 21-50905 (MFW) |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Robert W. Williams, Esq. to represent Physician and Tactical Healthcare Services, LLC in this matter.

　　*/s/ Adam Elgart*
Signed:_____　　　　Dated:  November 1, 2021

Adam Elgart, Esq. (Bar No. 3372)
Mattleman Weinroth & Miller, PC
200 Continental Drive, Suite 215
Newark, DE 19713
Ph:　302-731-8349
aelgart@mwm-law.com
Attorney for Defendant, Physician and Tactical Healthcare Services, LLC

1

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                                United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid  XX to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _____
Date: November 1, 2021

Robert W. Williams, Esq. (PA Bar No.:  315501)
Mattleman Weinroth & Miller, PC
200 Continental Drive, Suite 215
Newark, DE 19713
Ph:  856-298-4265
rwilliams@mwm-law.com

Mattleman, Weinroth, & Miller, P.C.
401 Route 70 East, Ste. 100
Cherry Hill, NJ 08034
Ph:  856-298-4265
rwilliams@mwm-law.com